# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JOHNSON,<br><br>   Petitioner,<br><br> v.<br><br>SUZANNE PEERY,<br><br>   Respondent. | Case No. CV 17-04564 JVS (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: June 28, 2017

                _____
                    JAMES V. SELNA
                UNITED STATES DISTRICT JUDGE